# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA PLUMMER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner, Social Security Administration, *et al.,* <br><br> Defendants. | CASE NO.: 3:13-CV-00367-RCJ-VPC <br><br> **ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#13[1]) entered on May 14, 2014, recommending that the Court dismiss this action. Plaintiff filed her Objections to the Report and Recommendation (#14) on May 29, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#13) entered on May 14, 2014, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#13) is ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk of the Court shall enter judgment accordingly, and close the case.

IT IS SO ORDERED.

DATED: this 9th day of June, 2014.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.